**In re Thomas JOSEPH.**

No. 79-356-M.P.

Supreme Court of Rhode Island.

April 17, 1980.

Robert R. Nocera, Pawtucket, for Diocesan Bureau of Social Service.

James J. Mullen, Providence, for Children's Friend and Service.

Doris J. Licht, Providence, for Jewish Family and Children's Service.

Mitchell S. Riffkin, Providence, for respondents.

748

## ORDER

The respondents' motion for visitation privileges is denied without prejudice to their right to file said motion in the Family Court. The motion of Children's Friend & Service for permission to file a brief as amicus curiae is granted.